# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| Sally E. Podrebarac, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Minot State University, | ) | Case No. 1:17-cv-019 |
| Defendant. | ) | |

The court held a status conference with the parties by telephone on May 3, 2018. Pursuant to its discussion with the parties, the court **ADOPTS** the Stipulation to Extend Deadlines in the Scheduling and Discovery Plan (Doc. No. 16) and **AMENDS** the pretrial deadlines as follows:

1. The parties shall have until August 1, 2018, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff shall provide Rule 26(a)(2) expert disclosures on or before August 1, 2018; and

    b. Defendants shall provide Rule 26(a)(2) disclosures on or before September 1, 2018.

3. The parties shall have until October 1, 2018, to complete discovery depositions of expert witnesses.

4. The parties shall have until September 1, 2018, to move to amend pleadings to add claims for punitive damages.

1

5. The parties shall have until September 1, 2018, to file other dispositive motions (summary judgment as to all or part of the case).

The final pretrial conference set for November 27, 2018, shall be rescheduled for April 9, 2019, at 11:00 a.m. CDT by telephone before the magistrate judge. The court shall initiate the conference call. The jury trial set for December 10, 2018, shall be rescheduled for April 22, 2019, at 1:30 p.m. in Bismarck (Courtroom #1) before Chief Judge Hovland. A five (5) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 3rd day of May, 2018.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court