# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Sally E. Podrebarac, | ) | |
| | ) | **ORDER ADOPTING STIPULATION** |
| Plaintiff, | ) | **TO EXTEND DEADLINES IN THE** |
| | ) | **SCHEDULING/DISCOVERY PLAN** |
| vs. | ) | |
| | ) | |
| Minot State University, | ) | |
| | ) | |
| | ) | Case No. 1:17-cv-019 |
| Defendant. | ) | |

Before the court is a Stipulation to Extend Deadlines in the Scheduling/Discovery Plan filed by the parties on November 20, 2018. The court **ADOPTS** the deadline extensions (Doc. No. 27) and **ORDERS** the existing Scheduling/Discovery Plan **AMENDED** as follows:

1. The parties shall have until March 1, 2019, to complete fact discovery and to file discovery motions.

2. Plaintiff shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by March 1, 2019.

3. Defendant shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) by April 1, 2019.

4. The parties shall have until May 1, 2019, to complete discovery depositions of expert witnesses.

5. The parties shall have until April 1, 2019, to make claims for punitive damages.

6. The parties shall have until <u>March 15, 2019</u>, to file other dispositive motions (summary judgment as to all or part of the case).

Dated this 27th day of November, 2018.

<u>*/s/ Charles S. Miller, Jr.*</u>
Charles S. Miller, Jr., Magistrate Judge
United States District Court