IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

**SALLY E. PODREBARAC**                                                                               **PLAINTIFF**

**VS.**                                       **1:17-CV-00019-BRW**

**MINOT STATE UNIVERSITY**                                                     **DEFENDANT**

## JUDGMENT

Based on the Order entered today granting Defendant's Motion for Summary Judgment, this case is DISMISSED.

IT IS SO ORDERED this 13th day of May, 2019.

                                                           Billy Roy Wilson
                                                           UNITED STATES DISTRICT JUDGE