IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

SALLY E. PODREBARAC                                                                         PLAINTIFF

VS.                                            1:17-CV-00019-BRW

MINOT STATE UNIVERSITY                                                                   DEFENDANT

## JUDGMENT

Pending is Defendants's Motion for Costs (Doc. No. 45).  Plaintiff has responded and Defendant has replied.[1]

On May 13, 2019, summary judgment was entered in Defendant's favor.[2]  Now Defendant seeks $20 in docket fees, $2,011.30 in court reporter fees, and $2,596.20 in fees for copies of materials.[3]  Plaintiff does not object to the docket fees or court reporter fees.[4]  However, Plaintiff does object to $2,596.20 in copies.

Copies at $.20 cent a page for black and white and $1.00 a page for color is reasonable and the documents all appear relevant and necessary to the case (as affirmed by Defendant's lawyer's affidavit).  Accordingly, the requested amount for reimbursement of copies will be granted.

As set out above, Defendants's Motion for Costs (Doc. No. 45) is GRANTED.  Defendant is entitled to $4,627.50 for costs reimbursement from Plaintiff.

IT IS SO ORDERED this 15th day of July, 2019.

                    Billy Roy Wilson_____
                UNITED STATES DISTRICT JUDGE

---

[1] Doc. Nos. 48, 50.

[2] Doc. No. 41.

[3] Doc. No. 46.

[4] Doc. No. 48.

1